IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR53

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| MICHAEL LEE CUTTER | ) | |

**THIS MATTER** is before the Court on the Government's request for a peremptory setting of the trial to commence no earlier than July 13, 2009.

Although the Court will not set a peremptory trial date for this case, the parties are advised that the case will not be called for trial before July 13, 2009.

**IT IS, THEREFORE, ORDERED** that the Government's request for a peremptory trial date is hereby **DENIED IN PART AND GRANTED IN PART**, and this case will not be called for trial before July 13, 2009.

Signed: July 1, 2009

Lacy H. Thornburg
United States District Judge