IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR53

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MICHAEL LEE CUTTER ) | |

**THIS MATTER** is before the Court on reconsideration of the motion of Defendant's court appointed counsel to withdraw.

Defendant's retained counsel having filed a notice of appearance herein,

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's court appointed counsel, Charles W. McKeller, to withdraw is **ALLOWED**, and Mr. McKeller is hereby relieved of further responsibility for the representation of the Defendant herein.

Signed: July 13, 2009

Lacy H. Thornburg
United States District Judge